No. D–2598.  IN RE DISCIPLINE OF BRYANT.  Wayne R. Bryant, of Cherry Hill, N. J., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days,

requiring him to show cause why he should not be disbarred from the practice of law in this Court.